| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>-------------------------------------------------------X<br>HEATHER M. PEDERSEN *on behalf of herself*<br>*and all others similarly situated*,<br><br>                    Plaintiff,<br><br>    - against -<br><br>MULLOOLY, JEFFREY, ROONEY &<br>FLYNN, LLP,<br><br>                    Defendant.<br>-----------------------------------------------------------X | **FILED**<br>**CLERK**<br><br>3:30 pm, Aug 10, 2018<br><br>**U.S. DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>**LONG ISLAND OFFICE**<br><br>**JUDGMENT**<br>CV 18-760 (JMA) (ARL) |

An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on August 9, 2018, granting Defendant Mullooly, Jeffrey, Rooney & Flynn, LLP's motion to dismiss for lack of prosecution, dismissing plaintiff's complaint pursuant to Federal Rule of Civil Procedure 41(b), denying the request for a pre-motion conference as moot, and directing the Clerk of Court to mark this case closed, it is

**ORDERED AND ADJUDGED** that plaintiff Heather M. Pedersen take nothing of defendant Mullooly, Jeffrey, Rooney & Flynn, LLP; that plaintiff's complaint is dismissed; that the request for a pre-motion conference is denied as moot; and that this case is hereby closed.

Dated:   Central Islip, New York
             August 10, 2018

                                                                                DOUGLAS C. PALMER
                                                                                CLERK OF THE COURT

                                                                BY:    /S/ CHELSEA TIRADO
                                                                                DEPUTY CLERK